1 | Your Name: Eugene Hart Jr.
2 | Your Address: #1066 Turk St. Apt. (24) S.F. CA. 94102
3 | Phone Number: (510) 418-5267
4 | Email Address: brussardlarry003@gmail.com
5 | Pro Se Plaintiff

FILED
JAN 20 2026
CLERK, U.S. DISTRICT COURT
NORTH DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Eugene Hart Jr. Plaintiff,

v.

Defendant.
U.S. Copyright office

Case Number [leave blank]

CV26  0585
COMPLAINT
YGR

IFP
NL

DEMAND FOR JURY TRIAL
Yes ☒   No ☐

I. **PARTIES**

1. Plaintiff. [Write your name, address, and phone number. Add a page for additional plaintiffs.]

Name: Eugene Hart Jr.
Address: #1066 Turk St. Apt. #24 San Francisco, CA. 94102
Telephone: (510) 418-5267

2. Defendants. [Write each defendant's full name, address, and phone number.]

Defendant 1:
Name: U.S. Copyright Office
Address: #101 Independance Avenue, S.E., Washington, DC. 20559
Telephone: 1(877) 476-0778

Defendant 2:

1  Name: _____

2  Address: _____

3  Telephone: _____

4  Defendant 3:

5  Name: _____

6  Address: _____

7  Telephone: _____

8

9  **II.    JURISDICTION**

10 Usually only two types of cases can be filed in federal court, cases involving "federal questions" and cases

11 involving "diversity of citizenship." Check at least one box.

12 3. My case belongs in federal court

13   ☒ under <u>federal question jurisdiction</u> because it involves a federal law or right.

14   Which federal law or right is involved?

15   *Would assume both, it involves me & Another persons* _____

16   ☒ under <u>diversity jurisdiction</u> because none of the plaintiffs live in the same state as any of the

17 defendants <u>and</u> the amount of damages is more than $75,000.

18

19 **III.    VENUE**

20 The counties in this District are: Alameda, Contra Costa, Del Norte, Humboldt, Lake, Marin, Mendocino,

21 Monterey, Napa, San Benito, Santa Clara, Santa Cruz, San Francisco, San Mateo, or Sonoma. If one of the

22 venue options below applies to your case, this District Court is the correct place to file your lawsuit. Check

23 the box for each venue option that applies.

24 4. Venue is appropriate in this Court because:

25   ☐ a substantial part of the events I am suing about happened in this district.

26   ☐ a substantial part of the property I am suing about is located in this district.

27   ☒ I am suing the U.S. government, federal agency, or federal official in his or her official capacity <u>and</u>

28     I live in this district.

1  ☐ at least one defendant is located in this District and any other defendants are located in California.

2

3  **IV.   INTRADISTRICT ASSIGNMENT**

4  This District has three divisions: (1) San Francisco/Oakland (2) San Jose; and (3) Eureka-McKinleyville.

5  First write in the county in which the events you are suing about happened, and then match it to the correct

6  division. The San Francisco/Oakland division covers Alameda, Contra Costa, Marin, Napa, San Francisco,

7  San Mateo, and Sonoma counties.  The San Jose division covers Monterey, San Benito, Santa Clara, Santa

8  Cruz counties.  The Eureka-McKinleyville division covers Del Norte, Humboldt, Lake, Mendocino

9  counties, only if all parties consent to a magistrate judge.

10  5. Because this lawsuit arose in _San Francisco_ County, it should be assigned to the

11  _San Francisco/Oakland_ Division of this Court.

12  **V.   STATEMENT OF FACTS**

13  Write a short and simple description of the facts of your case. Include basic details such as <u>where</u> the events

14  happened, <u>when</u> things happened and <u>who</u> was involved. Put each fact into a separate, numbered paragraph,

15  **starting with paragraph number 6.** Use more pages as needed.

16  I'm filing a lawsuit for "infringement", & the Breach of Contract

17  with many other problems like Making decisions regarding

18  me with out my consent or intended permission.

19

20  Violating privacy & other Human Rights are being violated by

21  copying and accessing my "personal information" with out

22  contacting me directly. Copying me in a manner in which

23

24  I didn't want to be copied or followed. Copying me in ways

25  to in which I have not been properly compensated or

26  properly recognized for that activity others are using and

27

28  Benefits from without me knowing & not even participated.
    like Pornographic Filming.

COMPLAINT          PAGE ___ OF ___                    JDC TEMPLATE, UPDATED 11/2024

(cont.) These issues seems to go back years (like as far as 20 plus years ago. I learned about the problem after many years of not knowing what it is that is all actually happening.

My mother died not knowing anything. So can you imagine the abuse that has been & could be still happening. The problem is that it's your family members & people that are closest to you that has choosen to take advantage of the one person that it has been mistreated & guided in the wrong ways which could lead a person to jail or into something worse.

How can "the foster child" "fail"? How do the #1 person come in last all the time? I believe its old fashion abuse thats blind to the naked eye's, & hard to prove. But the complaint of any "Infringment" is one or the other, it's either it is or it's not. It's all documented & recorded to in whom is either being copied & or the other that is doing the copying. It shouldn't be a big argument regarding the matter. First off you should of been given notice once your being used for any copying. But I haven't & they want you to prove your case as if it's something that has to be proven. That's all part of the abuse, I was talking about that's hard to be proven or even be aware of, & that's a big problem.

## VI. CLAIMS

### First Claim

Name the law or right violated:

"Rule of Law" & Human Rights all violated daily.

Name the defendants who violated it:

U.S. Copyright office, & other people's who are involved.

Explain briefly here what the law is, what each defendant did to violate it, and how you were harmed. You do not need to make legal arguments. You can refer to your statement of facts.

I believe all laws is being violated if you understand what is going on without your consent or direct permission. So if I don't know about it or "Noone ever tell you what it is that's going on, it's going to

Impossible for any one to be able identify any defendant that may be the one that is violating you in this type of way. I'm Harmed by the unawareness of the

Copying & what is being decided to be Copied and used. Was all out of "Intentional Infringement"...
Main Argument is that I had to find all of my expanded discovery by my own understanding of being a actual victim of something that is either conflicting & beyond my awareness to know about the alleged Copyright/left infringement. The issue mainly being Centered around Title 17 USC Section 501/506 or Section 2257 Title 18 USC - Graphic Materials or Associated Regulations. "Custodian or Recorder @ the office of the Manufacturer". The issue goes back over Almost Two Decades of Infringement Without knowledge or consent of any one doing any work.

# Copyright Infringement Claim

Name the law or right violated:

"Privacy Rights" are violated & Trust & Security Weakness

Name the defendants who violated it:

I allege that "Robert L. Hart & Gerold Hart" 2 weeks started violating First.

Explain briefly here what the law is, what each defendant did to violate it, and how you were harmed. You do not need to make legal arguments. You can refer to your statement of facts.

The law protects people from any unwanted or noconsented invasion in or any ones private & personal lives & affairs. Also on top of the personal information was leaked &

disclosed without that owners consent or permission. Regardless of it being family or friends, & or some one you may know. I would recommend strict and Harsh

Consequences because the invader seem to intentionally expose and or cause your "pii" to be leaked in a manner which either caused "Defamatory" Reactions from others. On top of the Negative energy and Attention it brought with it @ that time exposed. How could I prove that By what someone choose to disclose with no permission

or Approval from the owner in whom "pii" is Breached or has gotten the wrong Attention? Even worse when

the owner is completely unaware & or disapprove of what ever the infringer has done & probably been doing a while. You wonder if anyone is making a profit off the infringement

COMPLAINT          PAGE ___ OF ___          JDC TEMPLATE, UPDATED 11/2024

## VII. DEMAND FOR RELIEF

State what you want the Court to do. Depending on your claims, you may ask the Court to award you money or order the defendant to do something or stop doing something. If you are asking for money, you can say how much you are asking for and why you should get that amount or describe the different kinds of harm caused by the defendant.

I Claim infringement of Sexual Material, or images like "pii", and or Confidential infor was Breached, sold, Traded, or just basically used with out my Awareness of it @ first, it caused Damages pain and suffraging, Privacy invasion which put my Safety

At Risk. Giving to many competitors a inside look @ things I would of never wanted exposed, Harming the Reputation & causing Defamation of Copies & images I never wanted to be exposed or disclosed.

## VIII. DEMAND FOR JURY TRIAL

Check this box if you want your case to be decided by a jury, instead of a judge, if allowed.

☐ Plaintiff demands a jury trial on all issues.

Respectfully submitted,

Date: 01/20/26      Sign Name: Eugene Hart Jr.
                    Print Name: Eugene Hart Jr.

Copy this page and insert it where you need additional space.

I think this problem of infringement of Copyright & Trademark & patent, is a Big deal. That need not to ever violate anyones space, or privacy in the manner I had to go through. It's like you never had a choice in what you wanted to happen. It was pretty bad if I feel every thing that was being copied, or Recreated. Not by

All deciding I wanted a "Re-Branding", or even ever Being Asked anything Regarding anything that is about me, to be Notified or given a fair chance To actually say or not if your ok with other people making these Types of decisions for me or anyone in my immediate family that happened to get played in to the whole Trademark & patents schemes.

You would come to find out that everything being done is not fully Agreed with and or if worse you happen to feel disrespected or taken Advantage of. Which could cause or leave some permenent damanges. I strongly disagree with most if not all the Rules & Regulations that was created by the infringers. There's so many "conflicts of Interest," Regarding the "Subject Matter" or persons thats claiming its actually happening to.