Clear Form

FILED

JAN 20 2026

CLERK, U.S. DISTRICT COURT
NORTH DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

CV26    0585

Eugene Hart Jr   Plaintiff,

vs.

U.S. Copyright office   Defendant.

CASE NO. _____

APPLICATION TO PROCEED
IN FORMA PAUPERIS
(Non-prisoner cases only)

YGR

I, _____, declare, under penalty of perjury that I am the plaintiff in the above entitled case and that the information I offer throughout this application is true and correct. I offer this application in support of my request to proceed without being required to prepay the full amount of fees, costs or give security. I state that because of my poverty I am unable to pay the costs of this action or give security, and that I believe that I am entitled to relief.

In support of this application, I provide the following information:

1. Are you presently employed?   Yes ___ No  X

If your answer is "yes," state both your gross and net salary or wages per month, and give the name and address of your employer:

Gross: _____   Net: _____

Employer: _____

_____

If the answer is "no," state the date of last employment and the amount of the gross and net salary

- 1 -

1  and wages per month which you received.
2  *Costco; Club Demonstration Services, inc.,* #18100 Von Karman Ave. suit 1000
3  Irvine, CA. 92612. *Gross Pay - $412.00* *Netcheck - $365.24*
4  Total Tax Deductions - $46.00

5  2.   Have you received, within the past twelve (12) months, any money from any of the
6  following sources:

7      a.   Business, Profession or          Yes X  No ___
8           self employment?
9      b.   Income from stocks, bonds,        Yes ___ No X
10          or royalties?
11     c.   Rent payments?               Yes ___ No X
12     d.   Pensions, annuities, or          Yes ___ No X
13          life insurance payments?
14     e.   Federal or State welfare payments,   Yes X  No ___
15          Social Security or other govern-
16          ment source?

17 If the answer is "yes" to any of the above, describe each source of money and state the amount
18 received from each.
19 I get governmental Assistance, food Stamps & Cash Assistance
20 And do odd Jobs around the Hotel I live @
21 3.   Are you married?                  Yes ___ No X
22 Spouse's Full Name: _____
23 Spouse's Place of Employment: _____
24 Spouse's Monthly Salary, Wages or Income:
25 Gross $_____0_____ Net $___0_____
26 4.   a.   List amount you contribute to your spouse's support: $ __0__
27     b.   List the persons other than your spouse who are dependent upon you for support
28          and indicate how much you contribute toward their support. (NOTE: For minor

- 2 -

1  children, list only their initials and ages. DO NOT INCLUDE THEIR NAMES.)
2  Immigrants & Refugee
3  
4  5.  Do you own or are you buying a home?   Yes ___ No _X_ ?
5  Estimated Market Value: $__0?__ Amount of Mortgage: $__0?__
6  6.  Do you own an automobile?   Yes ___ No _X_
7  Make _____ Year _____ Model _____
8  Is it financed? Yes ____ No ____ If so, Total due: $ __0__
9  Monthly Payment: $ __0__
10 7.  Do you have a bank account? Yes _X_ No ___ (Do not include account numbers.)
11 Name(s) and address(es) of bank: "Chase" bank; P.O. Box 44959,
12 Indianapolis, IN. 46244-4959
13 Present balance(s): $ _100.00_
14 Do you own any cash? Yes _X_ No ___ Amount: $ _700.00_
15 Do you have any other assets? (If "yes," provide a description of each asset and its estimated
16 market value.)   Yes _X_ No ___
17 Stocks, bonds, other Assets from peoples.
18 8.  What are your monthly expenses?
19 Rent: $ _800.00_  Utilities: __—__
20 Food: $ _400-up_  Clothing: __—__
21 Charge Accounts:
22 Name of Account        Monthly Payment        Total Owed on This Account
23 Equifax            $ __?__            $ __?__
24 Experian           $ __?__            $ __?__
25 Transunion         $ __?__            $ __?__
26 9.  Do you have any other debts? (List current obligations, indicating amounts and to whom
27 they are payable. Do not include account numbers.) Other debts by fraud Being
28 committed, im actively litigating the issue

-3-

10. Does the complaint which you are seeking to file raise claims that have been presented in other lawsuits?   Yes ___ No _X_

Please list the case name(s) and number(s) of the prior lawsuit(s), and the name of the court in which they were filed.

"Pending" other lawsuits I have not yet -filed.

I declare under the penalty of perjury that the foregoing is true and correct and understand that a false statement herein may result in the dismissal of my claims.

01/14/26                           Eugene Hart Jr.
DATE                               SIGNATURE OF APPLICANT