**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **EUGENE HART, JR.,** | **Case No.:** 4:26-cv-00585-YGR |
|     Plaintiff, | **ORDER DISMISSING CASE FOR FAILURE TO PROSECUTE** |
|     v. | Re: Dkt. No. 5 |
| **U.S. COPYRIGHT OFFICE,** | |
|     Defendant. | |

On February 24, 2026, the Court issued an Order providing plaintiff Eugene Hart Jr. with time to amend his complaint. (Dkt. No. 5.) The Court ordered plaintiff to file an amended complaint by no later than March 13, 2026, and warned him that failure to do so would result in the dismissal of this lawsuit for failure to prosecute. Plaintiff did not file a response.

Pursuant to the Court's February 24, 2026 Order, this case is **DISMISSED** without prejudice for failure to prosecute. The clerk shall close the action.

**IT IS SO ORDERED**.

Date:    May 5, 2026

_____
**YVONNE GONZÁLEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**

United States District Court
Northern District of California